IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ROBERT LEE DARDEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-274-F |
| | ) |
| THE SMYRNA PENTECOSTAL FIRE | ) |
| BAPTIZED HOLINESS CHURCH, INC., | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The plaintiff's objection (Doc. #21) to the Recommendation of the Magistrate Judge (Doc. #20) filed on May 16, 2005 is overruled;

(2) The Recommendation of the Magistrate Judge entered on May 2, 2005 is adopted;

(3)  The plaintiff's Motion to Change Venue filed on May 16, 2005 is DENIED;

(4)  This case is DISMISSED for improper venue.

DONE this 31st day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE